UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:Steven and Diana McFadden          Case No.10-36471-dof

                                                                          Hon.Daniel S. Opperman

                                                                          CHAPTER 13

_____/

## NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION AND NOTICE OF DEADLINE TO OBJECT TO CHAPTER 13 PLAN MODIFICATON

    Debtor(s),Steven and Diana McFadden, have filed papers with the Court to Modify their confirmed Chapter 13 Plan.

    An Order Confirming Plan had been entered. The Debtors propose to modify the confirmed plan pursuant to LBR 3015-2(b) as follows:

    (1)    Debtor(s) shall retain $764.00 of the $764.00 tax refund for the year 2010.

    In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

    That the reasons for filing said proposed Post Confirmation Plan Modification are as follows:

    a)    Debtors need the funds for new tires.

    That this plan modification will not affect any class of creditors EXCEPT:

    a)    Class 8 general unsecured creditors may receive less than expected.

    Attached as Exhibit (1) is a Proposed Order Modifying said Plan in accordance with this Proposed Post-Confirmation Plan Modification. Attached as Exhibit (2) is a copy of the liquidation analysis. NO amended schedules are attached as the Debtor's income and expenses have not changed, and the expenses listed in the motion were unusual and unexpected.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you

may wish to consult with one.)

If you do not want the Court to allow the Proposed Post-Confirmation Plan Modification, or if you want the Court to consider your views on the Proposed Post-Confirmation Plan Modification, within twenty one (21) days, you or your attorney must

1. File with the Court a written response or an answer, explaining your position at:

United States Bankruptcy Court
226 West Second Street
Flint, Michigan 48502

2. You must also mail a copy to:

| Jesse R. Sweeney (P60941) | Chapter 13 Standing Trustee Carl Bekofske |
|---|---|
| Sweeney Law Offices, P.L.L.C. | 400 N. Saginaw Street, Suite 331 |
| Attorney for Debtor | Flint, MI 48502 |
| 29777 Telegraph, Suite 2500 | |
| Southfield, MI 48034 | |
| (586) 909-8017 | |

3. If a response or is timely filed and served, the clerk will schedule a hearing on the Amended Post-Confirmation Plan and you will be served witha notice of the date, time, and location of the hearing.

If you or your attorney do not takes these steps, the Court may decide that you do not oppose the relief sought in this Notice and may allow the modification.

Respectfully submitted,

DATE:__April 21, 2011                        /s/   Jesse R. Sweeney
                                             Jesse R. Sweeney (P60941)
                                             Sweeney Law Offices, P.L.L.C.
                                             Attorney for Debtor
                                             29777 Telegraph, Suite 2500
                                             Southfield, MI 48034
                                             (586) 909-8017
                                             sweeneylaw2005@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:Steven and Diana McFadden        Case No.10-36471-dof

                     Hon.Daniel S. Opperman

                     CHAPTER 13

_____/

<u>ORDER GRANTING DEBTOR'S FIRST PROPOSED POST-CONFIRMATION PLAN MODIFICATION</u>

Upon the reading and filing of the Debtor(s) First Proposed Post-Confirmation Plan Modification and no objections having been filed to the said Notice, and a Certificate of No Response having been filed with this Court;

IT IS HEREBY ORDERED:

a)   Debtor(s) shall retain $764.00 of the $764.00 tax refund for the year 2010.

DATED:                 _____
                     HonorableDaniel S. Opperman

## N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 130,000.00 | 200,266.00 | 0.00 | 0.00 | 0.00 |
| **VEHICLES** | 24,833.00 | 17,330.00 | 7,503.00 | 5,500.00 | 2,003.00 |
| **HHG/PERSONAL EFFECTS** | 3,100.00 | 0.00 | 3,100.00 | 3,100.00 | 0.00 |
| **JEWELRY** | 3,500.00 | 0.00 | 3,500.00 | 3,500.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 |
| **OTHER** | 42,000.00 | 0.00 | 42,000.00 | 0.00 | 42,000.00 |

Amount available upon liquidation $ **44,003.00**

Less administrative expenses and costs $ **13,000.00**

Less priority claims $ **0.00**

Amount Available in Chapter 7 $ **31,003.00**

| | |
|---|---|
| /s/ Jesse R. Sweeney | /s/ Steven McFadden |
| **Jesse R. Sweeney P60941** | **Steven McFadden** |
| Attorney for Debtor | Debtor |
| **Sweeney Law Offices, P.L.L.C.** | |
| **29777 Telegraph, Suite 2500** | /s/ Diana L. McFadden |
| **Southfield, MI 48034** | **Diana L. McFadden** |
| | Joint Debtor |
| **Sweeneylaw2005@yahoo.com** | |
| **586.909.8017 Fax:517.947.5991** | **December 9, 2010** |
| Phone Number | Date |