UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:Steven and Diana McFadden                    Case No.10-36471-dof
                                                         Hon.Daniel S. Opperman
                                                         CHAPTER 13
        Debtors.
_____/

STIPULATED ORDER GRANTING DEBTOR'S  MODIFICATION OF PLAN

Upon the reading and filing of the Debtor(s) and Chapter 13 Trustee's Stipulation for Modification of Debtor's Chapter 13 Plan;

IT IS HEREBY ORDERED:

a)    $1562.68 is hereby excused for the missed payment of September, 2011;

b)    $2023.20 is hereby excused for the missed payments since October, 2011;

c)    Debtor's plan payments are hereby retroactively reduced to $1,035.51 per month from February 2012 to May 2012, but shall increase to $1367.51 per month effective 6.1.2012;

d)    The dividend to class 8 general unsecured creditors shall be paid no less than 40%.

**Signed on May 21, 2012**

                                                          **/s/ Daniel S. Opperman**
                                                   **Daniel S. Opperman**
                                                   **United States Bankruptcy Judge**