FILED
2014 OCT 28 A
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 10-589-88-WSD
CHAPTER: 13
JUDGE: Walter Shapiro

Debtor: Christopher & Cynthia Thomas

MOTION FOR/TO **Remove Attorney Joseph Plevi**

NOW COMES Debtor(s), and brings this motion for/to **Remove Attorney Plevi**. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. Mr. Plevi has been Non-Responsive to requests for Assistance requested in July 2014
2. Mr. Plevi has not been at his office in Michigan in several months
3. Debtor requests **Immediate Removal of Joseph Plevi** (law firm) from bankruptcy case

WHEREFORE, Debtor requests this Court to consider Debtor's Motion for/to **Remove Attorney Joseph Plevi** and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: 10-22-2014

(Debtor's Signature)
Print Name: Christopher Thomas

(Co-Debtor's Signature)
Print Name: Cynthia Thomas

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 10-58988-wsd
CHAPTER: 13
JUDGE: Walter Shapiro

Christopher & Cynthia Thomas
Debtor,

ORDER GRANTING MOTION FOR/TO Remove Attorney Joseph Plevin

This matter having come before the Court on Debtor's motion for/to Remove Attorney Joseph Plevin, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Christopher Thomas & Cynthia Thomas
1939 Broadstone Rd
Grosse Pointe Woods, MI 48236
CASE # 10-58988-WSD

Exhibit

October 18, 2014

Tammy L. Terry
Chapter 13 Trustee
Buhl Building
535 Griswold
Detroit, MI 48226

To Whom It May Concern:

We are requesting the immediate removal of attorney Joseph Pleva as counsel for Chapter 13 Case # 10-5898-WSD.

We have come to this decision due to questionable ethical practices by the offices of Mr. Pleva and an repeated extremely poor level of customer service.

We are in need of information on filing a formal complaint against Mr. Pleva.

We are currently scheduled to meet with and discuss retention of another attorney and will handle our case Pro Se until such time as an attorney is selected or discharge occurs.

We will be contacting your office helpdesk for information on how to proceed.

Sincerely,

Christopher J. Thomas , Cynthia A. Thomas